Angela **DUDLEY**, Plaintiff–Appellant,

v.

**OHIO DEPARTMENT OF PUBLIC SAFETY, et al., Defendants–Appellees.**

No. 07–4258.

United States Court of Appeals, Sixth Circuit.

Jan. 30, 2009.

Before BOGGS, Chief Judge; CLAY, Circuit Judge; and BERTELSMAN, District Judge.*

* The Honorable William O. Bertelsman, United States District Court Judge for the Eastern District of Kentucky, sitting by designation.

BERTELSMAN, District Judge.

Plaintiff–Appellant Angela Dudley appeals the district court's order granting summary judgment for Appellees on her claims of retaliation filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e–3(a), against her employer. *See Dudley v. Ohio Dep't of Public Safety,* No. 1:06CV1638, 2007 WL 2838971 (N.D.Ohio Sept.26, 2007). After reviewing the record, the parties' briefs, and the applicable law,[1] this Court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.

---

1. On December 2, 2008, this Court granted the parties' stipulation to waive oral argument.